United States Bankruptcy Court

Eastern District of New York

| | |
|---|---|
| In re: | Case No. 26-41534-jmm |
| Guillermo Vlatkovic | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 31, 2026 | Form ID: 309A | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Guillermo Vlatkovic, 175 19th St, Apt# 410, Brooklyn, NY 11232-1065 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: silverbankruptcy@gmail.com | Mar 31 2026 18:18:00 | Jacob Silver, 26 Court Street, Suite 1201, Brooklyn, NY 11242 |
| tr | + | EDI: BRJMCCORD.COM | Mar 31 2026 22:13:00 | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 31 2026 18:19:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Mar 31 2026 18:19:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 31 2026 18:19:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10678098 | + | Email/PDF: bncnotices@becket-lee.com | Mar 31 2026 18:20:51 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 10678099 | | EDI: BANKAMER | Mar 31 2026 22:13:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 10678101 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 31 2026 18:20:51 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 10678103 | + | EDI: CAPITALONE.COM | Mar 31 2026 22:13:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 10678106 | + | EDI: WFNNB.COM | Mar 31 2026 22:13:00 | Comenity Capital/Dell, Attn: Bankruptcy, Pob 182273, Columbus, OH 43218-2273 |
| 10678107 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 31 2026 18:20:52 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 10678111 | + | EDI: DISCOVER | Mar 31 2026 22:13:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 10678112 | | Email/Text: bankruptcycourts@equifax.com | Mar 31 2026 18:18:00 | Equifax Credit Info. Serv, P.O. Box 740241, Atlanta, GA 30374 |
| 10678113 | ^ | MEBN | Mar 31 2026 18:15:19 | Experian National Consume, P.O. Box 4500, |

| | | | |
|---|---|---|---|
| District/off: 0207-1 | | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 31, 2026 | | Form ID: 309A | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Allen, TX 75013-1311 |
| 10678116 | | Email/Text: EBN@Mohela.com | Mar 31 2026 18:18:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 10678114 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 31 2026 18:19:00 | NYS Dept. Tax & Finance, Bankruptcy Unit - TCD, Building 8 Room 455, Albany, NY 12227-0001 |
| 10678115 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 31 2026 18:20:55 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 10678117 | + | EDI: SYNC | Mar 31 2026 22:13:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 10678118 | + | EDI: SYNC | Mar 31 2026 22:13:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 10678119 | + | EDI: SYNC | Mar 31 2026 22:13:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 10678120 | + | EDI: TDBANKNORTH.COM | Mar 31 2026 22:13:00 | Tdrcs/yard Card, Td Retail Card Services, Attn: Bankruptc, Po Box 100114, Columbia, SC 29202-3114 |
| 10678121 | ^ | MEBN | Mar 31 2026 18:16:02 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 10678124 | ^ | MEBN | Mar 31 2026 18:15:38 | TransUnion Consumer Relat, P.O. Box 1000, Chester, PA 19016-1000 |
| 10678125 | ^ | MEBN | Mar 31 2026 18:15:33 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 10678126 | + | EDI: WFFC2 | Mar 31 2026 22:13:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10678110 | | Debt Collectors, Collection Agencies and, Attorneys for Matrix |
| 10678100 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 10678102 | *+ | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 10678104 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 10678105 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 10678108 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 10678109 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 10678122 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 10678123 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0207-1                          User: admin                              Page 3 of 3
Date Rcvd: Mar 31, 2026                       Form ID: 309A                            Total Noticed: 26

Date: Apr 02, 2026                            Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Guillermo Vlatkovic<br>First Name    Middle Name    Last Name | Social Security number or ITIN:    xxx–xx–3183<br>EIN:    _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:    Eastern District of New York | | Date case filed for chapter:        7      3/30/26 |
| Case number:    1–26–41534–jmm | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**10/20**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Guillermo Vlatkovic | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 175 19th St<br>Apt# 410<br>Brooklyn, NY 11232 | | |
| 4. | **Debtor's attorney**<br>Name and address | Jacob Silver<br>26 Court Street<br>Suite 1201<br>Brooklyn, NY 11242 | | Contact phone (718) 855–3834<br><br>Email:  silverbankruptcy@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard J. McCord<br>Certilman Balin Adler & Hyman<br>90 Merrick Avenue<br>East Meadow, NY 11554 | | Contact phone (516) 296–7801<br><br>Email:  rmccord@cbah.com |

**For more information, see page 2 >**

Debtor  **Guillermo Vlatkovic**                                                                    Case number **1–26–41534–jmm**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br><br>Contact phone (347) 394–1700<br><br>Date: 3/30/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 13, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 554 489 0191, and Passcode 8004435576, OR call 1 516 898–7526** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/13/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |